# United States Bankruptcy Court

# Eastern District of Virginia

| | | |
|---|---|---|
| **In Re:** | I | **Case: 09-10149-SSM 1:09-bk-10149** |
| **Christopher Grady** | I | **Chapter: 7** |
| Debtor | I | |

# MOTION TO REOPEN BANKRUPTCY CASE

The debtor hereby moves this Court for an order reopening the above referenced bankruptcy case pursuant to 11 U.S.C. § 350(b) and Bankruptcy Rule 5010 in order to avoid a lien placed on debt that was discharged in the above referenced case:

1. The Debtor(s) filed a voluntary bankruptcy petition under Chapter 7 on 1/9/2009.
2. The Debtor received a discharge on 5/18/2009.
3. The bankruptcy case was closed on 5/22/2009.
4. The movant seeks to file a Motion to Avoid Judgment Lien of Reston dental Arts included in the bankruptcy case.

WHEREFORE, movant respectfully requests that the Court enter an order reopening this bankruptcy case.

Dated: 3/27/2017 Attorney Name: Christopher Grady, Pro-Se
22055 Avonworth SQ, Broadlands, VA 20148
703-554-3209

Respectfully Submitted